**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROBERT D. NICKLOW, SR.,

       Plaintiff,

v.                                          Civil No. 2:12-cv-00664-MRH

LVNV FUNDING LLC,

       Defendant.

**NOTICE OF APPEARANCE**

    Please enter the appearance of James McNally, Esquire, and Metz Lewis Brodman Must

O'Keefe LLC on behalf of Defendant, LVNV Funding LLC, in the above-captioned action.

                   Respectfully submitted,

                   **METZ LEWIS BRODMAN MUST
O'KEEFE LLC**

Dated: June 19, 2012                    /s/ James McNally
                   James McNally, Esquire
                   Pa. I.D. #78341
                   11 Stanwix Street, 18th Floor
                   Pittsburgh, PA  15222
                   Phone:  (412) 918-1100
                   jmcnally@metzlewis.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROBERT D. NICKLOW, SR.,

      Plaintiff,

v.                    Civil No. 2:12-cv-00664-MRH

LVNV FUNDING LLC,

      Defendant.

**<u>CERTIFICATE OF SERVICE</u>**
**<u>of NOTICE OF APPEARANCE</u>**

    I, James McNally, Esquire, certify under penalty of perjury that I served on June 19, 2012 the attached Notice of Appearance on behalf of Defendant, on the parties at the addresses listed below via United States Mail, First-Class, postage prepaid.

| | |
|---|---|
| James Pietz | Leonard Bennett, Esquire |
| Pietz Law Office | Susan M. Rotkis, Esquire |
| 429 Forbes Avenue, Suite 1616 | Consumer Litigation Associates, P.C. |
| Pittsburgh, PA  15219 | 763 J. Clyde Morris Boulevard, Suite 1-A |
| jpietz@pietzlaw.com | Newport News, VA  23601 |
| | lenbennett@clalegal.com |
| | srotkis@clalegal.com |

METZ LEWIS BRODMAN MUST
O'KEEFE LLC

Dated: June 19, 2012      By:   <u>/s/ James McNally, Esquire</u>
                          James McNally, Esquire
                          Pa I.D. #78341
                          11 Stanwix Street 18th Floor
                          Pittsburgh, PA 15222
                          Telephone: 412.918.1100
                          Fax: 412.918.1199
                          Attorneys for Defendant