**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROBERT D. NICKLOW, SR.,

    Plaintiff,

v.                                Civil No. 2:12-cv-00664-MRH

LVNV FUNDING LLC,

    Defendant.

## NOTICE OF APPEARANCE

Please enter the appearance of Joshua D. Baker, Esquire and Metz Lewis Brodman Must O'Keefe LLC on behalf of Defendant, LVNV Funding LLC, in the above-captioned action.

                                  Respectfully submitted,

                                  **METZ LEWIS BRODMAN MUST
                                  O'KEEFE LLC**

Dated: June 19, 2012                     /s/ Joshua D. Baker
                                                      Joshua D. Baker, Esquire
                                                      Pa. I.D. #308243
                                                      11 Stanwix Street, 18th Floor
                                                      Pittsburgh, PA  15222
                                                      Phone:  (412) 918-1100
                                                      jbaker@metzlewis.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROBERT D. NICKLOW, SR.,

    Plaintiff,

v.                               Civil No. 2:12-cv-00664-MRH

LVNV FUNDING LLC,

    Defendant.

**CERTIFICATE OF SERVICE**
**of NOTICE OF APPEARANCE**

I, Joshua D. Baker, Esquire, certify under penalty of perjury that I served on June 19, 2012 the attached Notice of Appearance on behalf of Defendant, on the parties at the addresses listed below via United States Mail, First-Class, postage prepaid.

| | |
|---|---|
| James Pietz | Leonard Bennett, Esquire |
| Pietz Law Office | Susan M. Rotkis, Esquire |
| 429 Forbes Avenue, Suite 1616 | Consumer Litigation Associates, P.C. |
| Pittsburgh, PA 15219 | 763 J. Clyde Morris Boulevard, Suite 1-A |
| jpietz@pietzlaw.com | Newport News, VA 23601 |
| | lenbennett@clalegal.com |
| | srotkis@clalegal.com |

METZ LEWIS BRODMAN MUST
O'KEEFE LLC

Dated: June 19, 2012         By:   /s/ Joshua D. Baker, Esquire
                                                  Joshua D. Baker, Esquire
                                                  Pa I.D. #308243
                                                  11 Stanwix Street 18th Floor
                                                  Pittsburgh, PA 15222
                                                  Telephone: 412.918.1100
                                                  Fax: 412.918.1199
                                                  Attorneys for Defendant