IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT D. NICKLOW, SR.,

    Plaintiff,

v.                            Civil No. 2:12-cv-00664-MRH

LVNV FUNDING LLC,

    Defendant.

---

**ORDER OF COURT**

AND NOW, this 20th day of June, 2012, it is hereby ORDERED that Defendant LVNV Funding, LLC's Motion for Extension of Time to File Response to Complaint is GRANTED. Defendant LVNV Funding, LLC shall have until Thursday, July 19, 2012, to file a responsive pleading to Plaintiff's Complaint.

BY THE COURT:

_____ J.
Mark R. Hornak
United States District Judge