UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

ROBERT D. NICKLOW, SR.

    Plaintiff

v.　　　　　　　　　　　　　　　CIVIL ACTION NO. 2:12-cv-00664-MRH

LVNV FUNDING, LLC.,

    Defendant

## ORDER

AND NOW this 5th day of July, 2012, upon review of the foregoing Motion for Admission *Pro Hac Vice* of Leonard A. Bennett, Esq., it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion be and the same hereby is **GRANTED.**

_____
Hornak, J.