UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

ROBERT D. NICKLOW, SR.

    Plaintiff

v.                                    CIVIL ACTION NO. 2:12-cv-00664-MRH

LVNV FUNDING, LLC.,

    Defendant

## ORDER

AND NOW this 26th day of July, 2012, upon review of the foregoing Motion To Allow Leonard Bennett to participate in the Initial Case Management Conference by telephone it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion be and the same hereby is **GRANTED.**

_____
Hornak, J.