IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT D. NICKLOW, SR.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Civil No. 2:12-cv-00664-MRH

LVNV FUNDING LLC,

    Defendant.

---

## DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1. of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____, in the above-captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to Local Rule 7.1.1. of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for LVNV FUNDING LLC, in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

    Respectfully submitted,

    **METZ LEWIS BRODMAN MUST O'KEEFE LLC**

Dated: July 27, 2012　　　　　　　/s/ Joshua D. Baker
    James McNally, Esquire
    Pa. I.D. #78341
    jmcnally@metzlewis.com
    Joshua D. Baker, Esquire
    Pa. I.D. #308243
    jbaker@metzlewis.com
    11 Stanwix Street, 18th Floor
    Pittsburgh, PA 15222
    Phone: (412) 918-1100

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT D. NICKLOW, SR.,

    Plaintiff,

v.     Civil No. 2:12-cv-00664-MRH

LVNV FUNDING LLC,

    Defendant.

---

## CERTIFICATE OF SERVICE

I, Joshua D. Baker, Esquire, certify that I served on July 27, 2012 the foregoing Disclosure Statement on the parties at the addresses listed below via United States Mail, First-Class, postage prepaid.

| | |
|---|---|
| James Pietz | Leonard Bennett, Esquire |
| Pietz Law Office | Susan M. Rotkis, Esquire |
| 429 Forbes Avenue, Suite 1616 | Consumer Litigation Associates, P.C. |
| Pittsburgh, PA 15219 | 763 J. Clyde Morris Boulevard, Suite 1-A |
| jpietz@pietzlaw.com | Newport News, VA 23601 |
| | lenbennett@clalegal.com |
| | srotkis@clalegal.com |

/s/ Joshua D. Baker