IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. NICKLOW, SR.,<br>      Plaintiff, | )<br>)<br>)  Civil Action No. 2:12-00664<br>) |
| v. | )  Judge Mark R. Hornak<br>) |
| LVNV FUNDING, LLC,<br>      Defendant. | )<br>)  **LEAD CASE**<br>) |

| | |
|---|---|
| ROBERT D. NICKLOW, SR.,<br>      Plaintiff, | )<br>)<br>)  Civil Action No. 2:12-00665<br>) |
| v. | )  Judge Mark R. Hornak<br>) |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SERVICES, LLC, and TRANS UNION, LLC,<br>      Defendants. | )<br>)  **MEMBER CASE**<br>)<br>)<br>) |

## ORDER

AND NOW, this 30th day of July, 2012, the Court having held an Initial Case Management Conference, it is hereby ORDERED that the above-captioned cases are consolidated for all pretrial proceedings and that the parties shall abide by the following:

Civil Action Number 2:12-cv-00664 and Civil Action Number 2:12-cv-00665 are hereby consolidated at Civil Action Number 2:12-cv-00664. From the date of this Order forward, the parties shall file consolidated papers on the Court's ECF system at Civil Action Number 2:12-cv-00664.

The pretrial deadlines in these consolidated matters are set forth in more detail in the Court's Initial Case Management Order.

                                            *s/ Mark. R. Hornak*
                                            Mark R. Hornak
                                            United States District Judge