# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| **ROBERT D. NICKLOW, SR.** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) C.A. No. 2:12-cv-0664-MRH | |
| | ) **Hon. Judge Mark R. Hornak** | |
| **LVNV FUNDING, LLC.** | ) | |
| | ) | |
| Defendant. | ) | **LEAD CASE** |

_____

| | | |
|---|---|---|
| **ROBERT D. NICKLOW, SR.** | ) | |
| | ) | |
| Plaintiffs, | ) C.A. No. 2:12-cv-0665-MRH | |
| | ) | |
| **EQUIFAX INFORMATION** | ) | **MEMBER CASE** |
| **SERVICES, LLC.,** | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.** | ) | |
| **And TRANS UNION, LLC.** | ) | |
| | ) | |
| Defendants. | ) | **Electronically Filed** |

ORDER

AND NOW this _____ day of _____, 2012, upon review of the foregoing Consent Motion To Excuse Defendants Equifax Information Services, LLC. and Experian Information Solutions, Inc. From Participation In ADR it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion be and the same hereby is **GRANTED.**

_____
Hornak, J.