IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT D. NICKLOW, SR.,                )
                                       )
                                       )
                                       )
         Plaintiff(s)                  )   2:12-cv-00664
    v.                                 )   Civil Action No.
LVNV FUNDING, LLC,                     )
                                       )
                                       )
                                       )
                                       )
         Defendant(s)                  )

## REPORT OF NEUTRAL

A __mediation__ session was held in the above captioned matter on __September 27, 2012__.

The case (please check one):
  __X__ has resolved
  _____ has resolved in part (see below)
  _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: October 5, 2012

Signature of Neutral

Rev. 09/11