**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT D. NICKLOW, SR.** )<br>)<br>)<br>Plaintiffs,  ) <br>) <br>**LVNV FUNDING, LLC.**  ) <br>) <br>Defendant.  ) | C.A. No. 2:12-cv-0664-MRH<br>**Hon. Judge Mark R. Hornak**<br><br><br>**LEAD CASE** |

___

| | |
|---|---|
| **ROBERT D. NICKLOW, SR.** )<br>)<br>Plaintiffs,  ) <br>) <br>**EQUIFAX INFORMATION** ) <br>**SERVICES, LLC.,**  ) <br>**EXPERIAN INFORMATION** ) <br>**SOLUTIONS, INC.**  ) <br>And  **TRANS UNION, LLC.**  ) <br>) <br>Defendants.  ) | C.A. No. 2:12-cv-0665-MRH<br><br>**MEMBER CASE**<br><br><br><br><br><br>**Electronically Filed** |

**STIPULATION OF DISMISSAL AS TO LVNV FUNDING, LLC**

Plaintiff, Robert Nicklow, Sr. and Defendant LVNV FUNDING, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the above-referenced claim against LVNV FUNDING, LLC, only, each party to bear its own costs.

October 30, 2012

| /James M. Pietz | /Joshua B. Baker |
|---|---|
| James M. Pietz Pa. I. D. 55406<br>PIETZ LAW OFFICE LLC<br>429 Forbes Ave, Suite 1616<br>Pittsburgh, Pa. 15219<br>jpietz@jpietzlaw.com | Joshua D. Baker, Esquire<br>Metz Lewis Brodman Must O'Keefe LLC<br>11 Stanwix Street, 18th Floor<br>Pittsburgh, PA 15222<br>(412) 918-1149<br>(412) 918-1199 (fax) |

| | |
|---|---|
| Leonard A. Bennett<br>Consumer Litigation Associates<br>12515 Warwick Boulevard<br>Newport news, VA  23606<br>lenbennett@clalegal.com<br><br>*For Plaintiffs* | |