IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. NICKLOW, SR. | ) |
| | ) |
| | ) |
| Plaintiffs, | ) C.A. No. 2:12-cv-0664-MRH |
| | ) **Hon. Judge Mark R. Hornak** |
| LVNV FUNDING, LLC. | ) |
| | ) |
| Defendant. | ) **LEAD CASE** |

| | |
|---|---|
| ROBERT D. NICKLOW, SR. | ) |
| | ) |
| Plaintiffs, | ) C.A. No. 2:12-cv-0665-MRH |
| | ) |
| EQUIFAX INFORMATION | ) **MEMBER CASE** |
| SERVICES, LLC., | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC. | ) |
| And TRANS UNION, LLC. | ) |
| | ) |
| Defendants. | ) **Electronically Filed** |

## STIPULATION OF DISMISSAL AS TO LVNV FUNDING, LLC

Plaintiff, Robert Nicklow, Sr. and Defendant LVNV FUNDING, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the above-referenced claim against LVNV FUNDING, LLC, only, each party to bear its own costs.

October 30, 2012

| /James M. Pietz | /Joshua B. Baker |
|---|---|
| James M. Pietz Pa. I. D. 55406 | Joshua D. Baker, Esquire |
| PIETZ LAW OFFICE LLC | Metz Lewis Brodman Must O'Keefe LLC |
| 429 Forbes Ave, Suite 1616 | 11 Stanwix Street, 18th Floor |
| Pittsburgh, Pa. 15219 | Pittsburgh, PA 15222 |
| jpietz@jpietzlaw.com | (412) 918-1149 |
| | (412) 918-1199 (fax) |

AND NOW, this 31st day of October, 2012
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Leonard A. Bennett<br>Consumer Litigation Associates<br>12515 Warwick Boulevard<br>Newport news, VA 23606<br>lenbennett@clalegal.com<br><br>*For Plaintiffs* | |