**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT D. NICKLOW, SR.** | ) |
| | ) |
| | ) |
| Plaintiffs, | ) C.A. No. 2:12-cv-0664-MRH |
| | ) Hon. Judge Mark R. Hornak |
| **LVNV FUNDING, LLC.** | ) |
| | ) |
| Defendant. | ) **LEAD CASE** |

| | |
|---|---|
| **ROBERT D. NICKLOW, SR.** | ) |
| | ) |
| Plaintiffs, | ) C.A. No. 2:12-cv-0665-MRH |
| | ) |
| **EQUIFAX INFORMATION** | ) **MEMBER CASE** |
| **SERVICES, LLC.,** | ) |
| **EXPERIAN INFORMATION** | ) |
| **SOLUTIONS, INC.** | ) |
| And **TRANS UNION, LLC.** | ) |
| | ) |
| Defendants. | ) **Electronically Filed** |

**STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC**

Plaintiff, Robert Nicklow, Sr. and Defendant Trans Union, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the above-referenced claim against Trans Union, LLC, only, each party to bear its own costs.

November 21, 2012

| /James M. Pietz | / William R. Brown, Esq. |
|---|---|
| James M. Pietz Pa. I. D. 55406 | William R. Brown, Esq. |
| PIETZ LAW OFFICE LLC | SCHUCKIT & ASSOCIATES, P.C. |
| 429 Forbes Ave, Suite 1616 | 4545 Northwestern Drive |
| Pittsburgh, Pa. 15219 | Zionsville, In 46077 |
| jpietz@jpietzlaw.com | Telephone: (317) 363-2400 |
| | Facsimile: (317) 363-2257 |
| Leonard A. Bennett | WBrown@SchuckitLAW.com |
| Consumer Litigation Associates | |

| | |
|---|---|
| 12515 Warwick Boulevard<br>Newport news, VA  23606<br>lenbennett@clalegal.com<br><br>*For Plaintiffs* | |