IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. NICKLOW, SR. ) | |
| ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 2:12-cv-0664-MRH |
| ) | **Hon. Judge Mark R. Hornak** |
| LVNV FUNDING, LLC. ) | |
| ) | |
| Defendant. ) | **LEAD CASE** |

| | |
|---|---|
| ROBERT D. NICKLOW, SR. ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 2:12-cv-0665-MRH |
| ) | |
| EQUIFAX INFORMATION ) | **MEMBER CASE** |
| SERVICES, LLC., ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC. ) | |
| And TRANS UNION, LLC. ) | |
| ) | |
| Defendants. ) | **Electronically Filed** |

## STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC

Plaintiff, Robert Nicklow, Sr. and Defendant Trans Union, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the above-referenced claim against Trans Union, LLC, only, each party to bear its own costs.

November 21, 2012

| /James M. Pietz | / William R. Brown, Esq. |
|---|---|
| James M. Pietz Pa. I. D. 55406 | William R. Brown, Esq. |
| PIETZ LAW OFFICE LLC | SCHUCKIT & ASSOCIATES, P.C. |
| 429 Forbes Ave, Suite 1616 | 4545 Northwestern Drive |
| Pittsburgh, Pa. 15219 | Zionsville, In 46077 |
| jpietz@jpietzlaw.com | Telephone: (317) 363-2400 |
| | Facsimile: (317) 363-2257 |
| Leonard A. Bennett | WBrown@SchuckitLAW.com |
| Consumer Litigation Associates | |

AND NOW, this 21ST day of November, 2012
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 12515 Warwick Boulevard<br>Newport news, VA 23606<br>lenbennett@clalegal.com<br><br>*For Plaintiffs* | |