### N THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT D. NICKLOW, SR.** | ) |
| | ) |
| | ) |
| Plaintiffs, | ) C.A. No. 2:12-cv-0664-MRH |
| | ) **Hon. Judge Mark R. Hornak** |
| **LVNV FUNDING, LLC.** | ) |
| | ) |
| Defendant. | ) **LEAD CASE** |

| | |
|---|---|
| **ROBERT D. NICKLOW, SR.** | ) |
| | ) |
| Plaintiffs, | ) C.A. No. 2:12-cv-0665-MRH |
| | ) |
| **EQUIFAX INFORMATION** | ) **MEMBER CASE** |
| **SERVICES, LLC.,** | ) |
| **EXPERIAN INFORMATION** | ) |
| **SOLUTIONS, INC.** | ) |
| **And  TRANS UNION, LLC.** | ) |
| | ) |
| Defendants. | ) **Electronically Filed** |

### STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, Robert Nicklow, Sr. and Defendant Experian Information Solutions, Inc.

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with

prejudice of the above-referenced claim against Experian Information Solutions, Inc.,

only, each party to bear its own costs.

February 21, 2013

| | |
|---|---|
| /s James M. Pietz | /s Kevin C. Meacham |
| | |
| James M. Pietz Pa. I. D. 55406 | Kevin C. Meacham |
| PIETZ LAW OFFICE LLC | Jones Day |
| 429 Forbes Ave, Suite 1616 | 500 Grant Street, Suite 4500 |
| Pittsburgh, Pa. 15219 | Pittsburgh,Pa15219-2514 |
| jpietz@jpietzlaw.com | Direct: 412.394.7265 |
| | Fax: 412.394.7959 |

| Leonard A. Bennett<br>Consumer Litigation Associates<br>12515 Warwick Boulevard<br>Newport news, VA  23606<br>lenbennett@clalegal.com<br><br>*For Plaintiffs* | |